# EXHIBIT 10

## Dr. Jeffrey Rauch

64-33 98th Street
Rego Park, NY 11374
(Tele) 718-606-6000
(Fax) 718 606-6004

September 13, 2017

RE: J█ A█

DATE OF ONSET: 9/19/2016

Dear Sir or Madam:

The above noted patient continues to experience symptoms of neck and lower back pain with radiation into the arms and legs despite continued care efforts. There are also paravertebral muscle spasms noted upon examination. Therefore updated ROM studies are indicated to determine range of motion levels, so as to compare with subsequent range of motion measurements. Measurable goals reflect treatment that is expected to reduce identified impairments, produce sustained changes in function, and are necessary to describe how treatment will affect injury, illness, or disability. This will enable an assessment of the patient's progress. Thus a more effective treatment regimen may be established including continued chiropractic care and/or medical specialty referral.

Respectfully,

_____
Jeffrey Rauch, DC

# Dr. John J. McGee

9411 Jamaica Ave

Woodhaven, New York 11421

(Tel) 718-849-9696

8/19/2019

RE: J█████ D█████

DATE OF ONSET: 08/22/2018

The above noted patient continues to experience symptoms of neck and back pain with radiation into the arms and legs despite continued care efforts. There are also paravertebral muscle spasms noted upon examination. Therefore, updated ROM studies are indicated to determine range of motion levels, so as to compare with subsequent range of motion measurements. Measurable goals reflect treatment that is expected to reduce identified impairments, produce sustained changes in function, and are necessary to describe how treatment will affect injury, Illness or disability. This will enable an assessment of the patient's progress. Thus, a more effective treatment regimen may be established including continued chiropractic care and/or medical specialty referral.

Respectfully,

DR JOHN MCGEE, DO

# Dr. Fred J. Jones

2260 Hewlett Ave

Merrick, NY 11566

(Tele) 516 378-0404

(Fax) 516 377-3833

1/21/2020

RE: E█████ C█████

DATE OF ONSET: 12/03/2019

The above noted patient continues to experience symptoms of neck and lower back pain with radiation into the arms and legs despite continued care efforts. There are also paravertebral muscle spasms noted upon examination. Therefore, updated ROM studies are indicated to determine range of motion levels, so as to compare with subsequent range of motion measurements. Measurable goals reflect treatment that is expected to reduce identified impairments, produce sustained changes in function, and are necessary to describe how treatment will affect injury, Illness or disability. This will enable an assessment of the patient's progress. Thus, a more effective treatment regimen may be established including continued chiropractic care and/or medical specialty referral.

Respectfully,

FRED J. JONES, DC

# Dr. Ronald P. Mazza

1570 Old Country Road
Westbury, NY 11590
(Tele) 516-338-0412
(Fax) 516-338-1106

May 3, 2017

RE: B▮▮▮ B▮▮▮▮▮▮

DATE OF ONSET: 11/14/2016

Dear Sir or Madam:

The above noted patient continues to experience symptoms of neck and lower back pain with radiation into the arms and legs despite continued care efforts. There are also paravertebral muscle spasms noted upon examination. Therefore updated ROM studies are indicated to determine range of motion levels, so as to compare with subsequent range of motion measurements. Measurable goals reflect treatment that is expected to reduce identified impairments, produce sustained changes in function, and are necessary to describe how treatment will affect injury, illness, or disability. This will enable an assessment of the patient's progress. Thus a more effective treatment regimen may be established including continued chiropractic care and/or medical specialty referral.

Respectfully,

Ronald P. Mazza, DC