UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
ALLSTATE INSURANCE COMPANY,
ALLSTATE INDEMNITY COMPANY,
ALLSTATE FIRE & CASUALTY INSURANCE
COMPANY, AND ALLSTATE PROPERTY &
CASUALTY INSURANCE COMPANY,

                Plaintiffs,

vs.

JEFFREY S. RAUCH, D.C. d/b/a
REGO PARK HEALTHCARE ALLIANCE,
JACQUELINE M. LEWIS, M.D.,
RICHARD C. KOFFLER, M.D.,
SARI R. RAUCH,
FRED J. JONES, JR., D.C.,
JOHN J. MCGEE, M.D.,
TODD R. GOLDMAN, D.C.,
BI COUNTY MEDICAL DIAGNOSTICS, P.C.,
APOLLO MEDICAL DIAGNOSTICS PLLC,
ISLAND MEDICAL DIAGNOSTICS PLLC,
MOTION MEDICAL DIAGNOSTICS, P.C.,
FRED JONES CHIROPRACTOR P.C., d/b/a
SUNRISE CHIROPRACTIC,
YELLOWSTONE MEDICAL REHABILITATION P.C.,
AND DR. TODD GOLDMAN, CHIROPRACTOR, P.C.,

                Defendants.
-----------------------------------------------------------------------X

Docket No.:
2:22-cv-02424-JMA-AYS

STIPULATION

      **IT IS HEREBY STIPULATED AND AGREED,** by and between counsel for plaintiffs and counsel for defendants, JEFFREY S. RAUCH, D.C. d/b/a REGO PARK HEALTHCARE ALLIANCE, RICHARD C. KOFFLER, M.D., SARI R. RAUCH, FRED J. JONES, J.R., D.C., JOHN J. MCGEE, M.D., TODD R. GOLDMAN, D.C., APOLLO MEDICAL DIAGNOSTICS PLLC, ISLAND MEDICAL DIAGNOSTICS PLLC, MOTION MEDICAL DIAGNOSTICS P.C., FRED JONES CHIROPRACTOR P.C. d/b/a SUNRISE CHIROPRACTIC, YELLOWSTONE

1

MEDICAL REHABILITATION, P.C., and DR. TODD GOLDMAN, CHIROPRACTOR, P.C. ("Defendants"), that that Defendants' time to respond to plaintiff's discovery requests is extended through and including October 20, 2022.

      **IT IS FURTHER STIPULATED AND AGREED** by and between the undersigned that electronic signatures may be used, and this stipulation may be signed in counterparts.

Dated: September 21, 2022

/s/ *Hugh C.M. Brady, Esq.*                                                                /s/ *Neil Torczyner, Esq.*

_____                          _____
Hugh C.M. Brady, Esq.                                                      Neil Torczyner, Esq.
**KING, TILDEN, MCETTRICK & BRINK, P.C.**                       **HARFENIST KRAUT & PERLSTEIN, LLP**
Attorneys for Plaintiffs                                                          Attorneys for Defendants
350 Granite Street – Suite 2204                                         3000 Marcus Avenue, Suite 2E1
Braintree, MA 02184                                                            Lake Success, NY 11042
(614) 770-2214                                                                      (516) 355-9600
hbrady@ktmpc.com                                                            ntorczyner@hkplaw.com


                                                                                         /s/ *Nicholas P. Bowers, Esq.*

                                                                          _____
                                                                          Nicholas P. Bowers, Esq.
                                                                          **GARY TSIRELMAN, P.C.**
                                                                          Attorneys for Defendants
                                                                          129 Livingston Street,
                                                                          Brooklyn, NY 11201
                                                                          (718) 438-1200
                                                                          nbowers@gtmdjd.com

Dated: _____  SO ORDERED.

_____
Honorable Joan M. Azrack
United States District Judge