

KING, TILDEN, McETTRICK & BRINK, P.C.
Attorneys at Law

**Hugh C.M. Brady, Esq.**
Shareholder
Admitted in Massachusetts, New York, Southern
District of New York, & Eastern District of New York
hbrady@ktmpc.com

350 Granite Street, Suite 2204, Braintree, MA 02184
TEL 617.770.2214   FAX 617.774.1714

September 27, 2022

**VIA ECF ONLY**
Judge Joan M. Azrack
United States Courthouse
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re: <u>*Allstate Ins. Co. et al. v. Rauch, D.C. et. al.* 2:22-cv-02424-JMA-LGD</u>
<u>Endorsement of Proposed Briefing Schedule (ECF No. 51)</u>

Dear Judge Azrack:

On September 19, 2022, Plaintiffs, Allstate Insurance Company and its affiliates ("Allstate") submitted the parties' proposed briefing schedule (ECF No. 51) for Allstate's Motion for Preliminary Injunction, in line with this Honorable Court's September 15, 2022 Order. The proposed date for Allstate's service of its motion is today, September 27, 2022. However, the briefing schedule has yet to be endorsed by this Honorable Court.

Allstate notes it is prepared to serve its motion, but does not wish to initiate the process of motion practice without Court approval. As such, Allstate respectfully requests that the Court endorse the parties' proposed scheduling order, or in the alternative approve dates certain to serve and file the fully briefed motion. Thank you for your time and attention to this matter.

Respectfully submitted,

*/s/ Hugh C.M. Brady, Esq.*

Hugh C.M. Brady, Esq.
Attorney for Allstate

cc:     Counsel of record (via ECF filing only)